

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| El Paso Community MHMR d/b/a Emergence Health Network and Emergence Health Network, | § | No. 08-18-00183-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| Diana Billingsley, | § | (TC# 13-12-20542 P3137) |
| Appellee. | § | |
| | § | |

## **O R D E R**

Pending before the Court is a joint motion to abate the appeal. The motion is GRANTED, and the appeal is abated until April 18, 2019 to give the parties an opportunity to resolve the case. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the Appellee's brief will be due 20 days from the date of the reinstatement order.

IT IS SO ORDERED this 4th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.